GEORGE D. YARON, ESQ. (NV State Bar #007959)
**YARON & ASSOCIATES**
1300 Clay Street, Suite 800
Oakland, CA 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
gyaron@yaronlaw.com

PAMELA A. McKAY, ESQ. (NV State Bar #7812)
**McKAY LAW FIRM, Chtd.**
3295 N. Fort Apache Rd., Suite 150
Las Vegas, NV 89129
Telephone: (702) 835-6956
Facsimile: (702) 835-6957
pmckay@mckaylawfirmchtd.com

Attorneys for Defendant QBE SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| B.H. OF NEVADA, INC. d/b/a BLUE HAVEN POOLS, a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>QBE SPECIALTY INSURANCE COMPANY; a North Dakota corporation; DOES 1 through X, and ROE COPORATIONS 1 through X, inclusive,<br><br>    Defendants. | CASE NO. 2:19-CV-194<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) DIVERSITY** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant QBE Special Insurance Company ("QBE")

_____
NOTICE OF REMOVAL                                -1-

hereby removes to this court the state court action described below, pursuant to the provisions of 28 U.S.C. § 1446, on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1441(b) as follows:

1. On or about December 20, 2018, Plaintiff B.H. of Nevada, Inc., dba Blue Haven Pools ("Blue Haven Pools"), electronically filed an action in the Eighth Judicial District Court, Clark County, Nevada, titled *B.H. of Nevada, Inc., d/b/a Blue Haven Pools v. QBE Specialty Insurance Company, DOES I through X, and Roe Corporations I through X, inclusive*, Case No. A-18-786389-C. A copy of the Complaint is attached as Exhibit "A".

2. The Complaint alleges that Defendant QBE failed to defend and indemnify Plaintiff Blue Haven Pools against a construction defect action that was filed by non-party Arthur Birzenck on or about November 30, 2011. Complaint, ¶¶ 9, 12, 15. The Complaint alleges causes of action for breach of an insurance contract, breach of the covenant of good faith and fair dealing, violations of Nevada Revised Statute 686A.310, and declaratory judgment.

3. The first date upon which Defendant QBE received a copy of the said Complaint and the Summons was on January 8, 2019 when Defendant QBE was served by mail via CT Corporation System. The service included a copy of said Complaint, a Nevada Department of Business and Industry, Division of Insurance letter, dated January 3, 2019, and a copy of the Summons from the State Court. A copy of the Service of Process and the January 3, 2019 letter from the Nevada Department of Business and Industry, Division of Insurance is attached as Exhibit "B". The Summons issued in the State Court is attached as Exhibit "C".

4. This lawsuit is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to the

provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, because Plaintiff Blue Haven Pools is seeking at least $102,500 from Defendant QBE, which is the amount Blue Haven Pools allegedly paid for the settlement of a construction defect lawsuit filed by Arthur Birzneck.  Complaint ¶¶ 9, 14.

5. Complete diversity of citizenship exists in that Plaintiff Blue Haven Pools is a Nevada corporation. Complaint ¶ 1. The Complaint incorrectly alleged that QBE was a Wisconsin corporation. Complaint ¶ 2. Defendant QBE is a North Dakota corporation. Therefore, there is complete diversity.  Defendant QBE is the only Defendant in this matter, and, therefore, is the only Defendant who has been served with a Summons and the Complaint.

6. The Complaint also names Does 1 through X and Roe Corporations.  Under 28 U.S.C. § 1441(b), removal based on diversity of citizenship under section 1332(a), the citizenship of defendants sued under fictitious names shall be disregarded.

7. A substantial part of the events or omissions giving rise to the *B.H. of Nevada, Inc., d/b/a Blue Haven Pools v. QBE Specialty Insurance Company, et al.* action occurred in Clark County, Nevada. Thus, the instant action may be assigned to this court sitting in the U.S. District Court of Nevada.

8. Written notice of the filing of this Notice will be given to all adverse parties as required by law.

9. A true and correct copy of this Notice will be filed with the Eighth Judicial District Court, Clark County, Nevada as required by law.

WHEREFORE, Defendant QBE requests that the Court remove this action from aforesaid

State Court, in which it is now pending, to the United States District Court for the District of Nevada.

DATED: February 1, 2019                           By: */s/ George D. Yaron*

                                              GEORGE D. YARON
                                              YARON & ASSOCIATES
                                              -AND-
                                              PAMELA MCKAY
                                              State Bar No. 7812
                                              McKay Law Firm, Chtd.
                                              9320 Sun City Blvd., Suite 104
                                              Las Vegas, Nevada 89134
                                              Attorneys for Defendant
                                              QBE SPECIALTY INSURANCE COMPANY