RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Plaintiff,*
*B.H. of Nevada, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| B.H. OF NEVADA, INC., d/b/a BLUE HAVEN POOLS,<br><br>Plaintiff,<br><br>vs.<br><br>QBE SPECIALITY INSURANCE COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No: 2:19-cv-00194-cv-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, B.H. OF NEVADA, INC., d/b/a BLUE HAVEN POOLS, by and through its attorney of record, RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, and Defendant, QBE SPECIALITY INSURANCE COMPANY, by and through its attorneys of record, GEORGE D. YARON, ESQ., of the law firm of YARON & ASSOCIATES and PAMELA A. McKAY, ESQ., of the McKAY LAW FIRM, CHTD.,

///
///
///
///
//
///
///

that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 3 Sept 2019

By: /s/ Ryan L. Dennett
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Plaintiff,*
*B.H. of Nevada, Inc*

DATED: 12-20(5-2019

By: /s/ George D. Yaron
GEORGE D. YARON, ESQ.
Nevada Bar No. 007959
**YARON & ASSOCIATES**
1300 Clay Street, Suite 800
Oakland, CA 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

PAMELA A. McKAY, ESQ.
Nevada Bar No. 007812
MCKAY LAW FIRM, CHTD.
NV State Bar #7812
9320 Sun City Blvd., Suite 104
Las Vegas, Nevada 89134
Telephone: (702) 835-6956
Facsimile: (702) 835-6957

*Attorneys for Defendant, QBE Specialty Insurance Company*

## ORDER

IT IS SO ORDERED.

DATED: September 6, 2019.

/s/ James C. Mahan
U.S. DISTRICT COURT JUDGE

2